UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN GOLDMAN,

Plaintiff,

-against-

GEE COMMUNICATIONS, INC.,

Defendant.

26-CV-6448 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated August 4, 2026, the Court directed Plaintiff, within thirty days: (1) to submit a completed request to proceed in forma pauperis ("IFP application") or pay the fees required to file a civil action in this court; (2) to sign and resubmit the signature page of his complaint; and (3) to complete and submit a Notice of Change of Address with a current address or to consent to accept electronic service of documents in this case. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application or paid the fees; has not submitted a signed signature page; and has not provided a address for service or consented to electronic service. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated: September 11, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge